# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 14, 2021**

SEAN F. McAVOY, CLERK

U.S.A. vs.　　　　Darilek, Corey A.　　　　Docket No.　　2:20CR00178-TOR-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Corey A. Darilek, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 26th day of February 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation. Pretrial Services shall determine the evaluator and schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Corey A. Darilek is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on a near daily basis, between March 17 and 24, 2021.

On March 1, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Darilek. Mr. Darilek acknowledged an understanding of the conditions which included standard condition number 9.

On March 25, 2021, the undersigned officer had a telephone conversation with Mr. Darilek. During that telephone conversation, he acknowledged he had ingested methamphetamine on a near daily basis between March 17 and 24, 2021.

**Violation #2:** Corey A. Darilek is alleged to have violated the conditions of pretrial release supervision by testing presumptive positive for the presence of morphine, amphetamine and methamphetamine, on April 9, 2021.

On March 1, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Darilek. He acknowledged an understanding of the conditions which included standard condition number 9.

On April 9, 2021, Mr. Darilek reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of morphine, amphetamine and methamphetamine. Currently, the laboratory results of this presumptive positive drug test are pending.

**Violation #3:** Corey A. Darilek is alleged to have violated the conditions of pretrial release supervision by failing to enter a recommended substance abuse treatment program on April 12, 2021.

On March 1, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Darilek. Mr. Darilek acknowledged an understanding of the conditions which included additional condition number 24.

On April 7, 2021, Mr. Darilek participated in an admission appointment for substance abuse treatment services at Pioneer Human Services. During this admission appointment, the substance abuse counselor determined Mr. Darilek met the criteria for inpatient substance abuse treatment. Mr. Darilek was subsequently scheduled to enter inpatient substance abuse treatment at Pioneer Center East (PCE) on April 12, 2021.

**Re: Darilek, Corey A.**
**April 14, 2021**
**Page 2**

On April 12, 2021, Mr. Darilek failed to enter inpatient substance abuse treatment at Pioneer Center East (PCE) and his current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  April 14, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 14, 2021

Date