# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 07, 2021**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Darilek, Corey A. | Docket No. | 2:20CR00178-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Corey A. Darilek, who was placed under pretrial release supervision by the Honorable John T. Rodgers sitting in the Court at Spokane, Washington, on the 10th day of May 2021, under the following conditions:

**Condition #25:** Defendant shall immediately enter into and successfully complete an inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Corey A. Darilek is alleged to have violated his conditions of pretrial release supervision by aborting an inpatient substance abuse treatment program on June 4, 2021.

On or about May 14, 2021, Mr. Darilek was released from custody and entered inpatient substance abuse treatment at Pioneer Center East (PCE) in Spokane, Washington.

On May 26, 2021, the undersigned officer reviewed the conditions of pretrial release with Mr. Darilek. Mr. Darilek acknowledged an understanding of the conditions, which included condition number 25.

On June 4, 2021, at 5:57 p.m., an employee at PCE left the undersigned officer a message advising Mr. Darilek had aborted inpatient substance abuse treatment at that facility.

On June 7, 2021, the undersigned officer confirmed with PCE staff that Mr. Darilek aborted inpatient substance abuse treatment on June 4, 2021. Mr. Darilek did not return to PCE.

Currently, Mr. Darilek's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: June 7, 2021 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Darilek, Corey A.
June 7, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 7, 2021

Date